

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JASON ZAWADZKI  DOCKET NO. 11-CV-701
    A.K.A. JASON ZAWADSKI
    #23034-038

VERSUS  JUDGE DEE D. DRELL

W. A. SHERROD, WARDEN  MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** the Petition for Writ of Habeas Corpus under 28 U.S.C. §2241 be **DISMISSED** for lack of jurisdiction.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 25th day of July, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE